IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS,<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-00056<br>)<br>)<br>)<br>) |

**CERTIFICATE REGARDING RULE LCvR 26.1**

I, the undersigned counsel of record for Plaintiffs WildEarth Guardians and Physicians for Social Responsibility, certify that to the best of my knowledge and belief there are no parent companies, subsidiaries or affiliates of plaintiff organizations which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted on this 9th day of January 2020.

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz (Bar No. CO0053)
WildEarth Guardians
301 N. Guadalupe St., Ste. 201
Santa Fe, New Mexico 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Attorney for Plaintiffs*