AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| WILDEARTH GAURDIANS, PHYSICIANS FOR SOCIAL RESPONSIBILITY | ) ) ) ) | |
| _Plaintiff(s)_ | ) ) | |
| v. | ) | Civil Action No.   1: 20-cv-00056 |
| DAVID BERNHARDT et al. | ) ) ) | |
| _Defendant(s)_ | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_

Secretary David Bernhardt
U.S. Department of the Interior
1849 C Street NW, Rm. 5665
Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe St., Ste. 201
Santa Fe, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date:   1/13/2020

/s/ Tonya Hightower

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1: 20-cv-00056

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00   .


I declare under penalty of perjury that this information is true.


Date:    01/10/2020 _____                        /s/ Samantha Ruscavage-Barz _____
                                                                                            *Server's signature*

                                                                    Samantha Ruscavage-Barz, Attorney for Plaintiffs _____
                                                                                            *Printed name and title*

                                                                    301 N. Guadalupe St., Ste. 201
                                                                    Santa Fe, NM 87501
                                                                    _____
                                                                                            *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| WILDEARTH GAURDIANS, PHYSICIANS FOR SOCIAL RESPONSIBILITY<br><br>_____<br>*Plaintiff(s)*<br>v.<br>DAVID BERNHARDT et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

)

Civil Action No.   1: 20-cv-00056

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Attorney General William Barr
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe St., Ste. 201
Santa Fe, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/13/2020

/s/ Tonya Hightower

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1: 20-cv-00056

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):*   Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .


I declare under penalty of perjury that this information is true.


Date:    01/10/2020                                        /s/ Samantha Ruscavage-Barz
                                                        *Server's signature*

                                        Samantha Ruscavage-Barz, Attorney for Plaintiffs
                                                        *Printed name and title*

                                                301 N. Guadalupe St., Ste. 201
                                                Santa Fe, NM 87501
                                                        *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| WILDEARTH GAURDIANS,<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY<br><br>_____<br>*Plaintiff(s)*<br>v.<br>DAVID BERNHARDT et al.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   1: 20-cv-00056

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. Bureau of Land Management
> 1849 C Street NW, Rm. 5665
> Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Samantha Ruscavage-Barz
> WildEarth Guardians
> 301 N. Guadalupe St., Ste. 201
> Santa Fe, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/13/2020

/s/ Tonya Hightower

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1: 20-cv-00056

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

✔ Other *(specify):*   Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date:   ___01/10/2020___                              ___/s/ Samantha Ruscavage-Barz___
                                                              *Server's signature*

                                              ___Samantha Ruscavage-Barz, Attorney for Plaintiffs___
                                                              *Printed name and title*

                                                    301 N. Guadalupe St., Ste. 201
                                                    Santa Fe, NM 87501
                                              _____
                                                              *Server's address*


Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| WILDEARTH GAURDIANS, PHYSICIANS FOR SOCIAL RESPONSIBILITY<br><br>*Plaintiff(s)*<br><br>v.<br><br>DAVID BERNHARDT et al.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   1: 20-cv-00056

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> William Perry Pendley, Acting Director
> U.S. Bureau of Land Management
> 1849 C Street NW, Rm. 5665
> Washington, D.C. 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Samantha Ruscavage-Barz
> WildEarth Guardians
> 301 N. Guadalupe St., Ste. 201
> Santa Fe, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/13/2020

/s/ Tonya Hightower

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1: 20-cv-00056

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .


I declare under penalty of perjury that this information is true.


Date:   ____01/10/2020____

/s/ Samantha Ruscavage-Barz
*Server's signature*

Samantha Ruscavage-Barz, Attorney for Plaintiffs
*Printed name and title*

301 N. Guadalupe St., Ste. 201
Santa Fe, NM 87501
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| WILDEARTH GAURDIANS, PHYSICIANS FOR SOCIAL RESPONSIBILITY | ) ) ) ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1: 20-cv-00056 |
| DAVID BERNHARDT et al. | ) ) | |
| _____ | ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Civil Process Clerk
> U.S. Attorney's Office
> District of Columbia
> 555 4th St. NW
> Washington, D.C. 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Samantha Ruscavage-Barz
> WildEarth Guardians
> 301 N. Guadalupe St., Ste. 201
> Santa Fe, NM 87501

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  1/13/2020                                    /s/ Tonya Hightower

                                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1: 20-cv-00056

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   Pursuant to Fed.R.Civ.P. 4(i), served via certified mail, return receipt requested.


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date:    01/10/2020                              /s/ Samantha Ruscavage-Barz
_____            _____
                                                    *Server's signature*

                                   Samantha Ruscavage-Barz, Attorney for Plaintiffs
                                   _____
                                                    *Printed name and title*

                                            301 N. Guadalupe St., Ste. 201
                                                  Santa Fe, NM 87501
                                   _____
                                                    *Server's address*


Additional information regarding attempted service, etc: