IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>         Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:20-cv-00056-RC<br>)<br>)<br>)<br>)<br>) |

**DECLARATION IN SUPPORT OF MOTION FOR APPEARANCE**
***PRO HAC VICE* OF ATTORNEY DANIEL L. TIMMONS**

Pursuant to LCvR 83.2(d), I, Daniel L. Timmons, hereby respectfully request to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned case. I declare the following under penalty of perjury:

(1)   My full name is Daniel L. Timmons.

(2)   My office address is WildEarth Guardians, 301 N. Guadalupe Street, Suite 201, Santa Fe, NM 87501, and my office phone number is (505) 570-7014.

(3)   I have been admitted to practice in the following courts on the dates listed:

| Court | Date Admitted | Status |
|---|---|---|
| Supreme Court of the State of Oregon | 10/04/2012 | Active |
| U.S. District Court for the District of Oregon | 2/10/2014 | Active |
| Supreme Court of the State of Washington | 07/14/2017 | Inactive |
| Supreme Court of the State of South Carolina | 05/22/2018 | Inactive |
| U.S. District Court for the District of New Mexico | 03/01/2019 | Active |
| U.S. District Court for the District of Colorado | 03/14/2019 | Active |

| | | |
|---|---|---|
| U.S. Court of Appeals for the Tenth Circuit | 08/14/2019 | Active |
| Supreme Court of the State of New Mexico | 09/23/2019 | Active |

(4) I hereby certify that I have never been disciplined by any bar.

(5) Within the last two years, I have previously been admitted *pro hac vice* in this Court on one prior occasion (*WildEarth Guardians et al. v. Bernhardt et al.*, No. 1:16-cv-01724-RC).

(6) I do not engage in the practice of law from an office located in the District of Columbia, and I do not have an application for membership pending with the District of Columbia Bar.

Samantha Ruscavage-Barz, an attorney admitted to practice in and a member in good standing of the Bar of this Court, by and through her motion for my appearance *pro hac vice*, has consented to serve as my sponsoring member of the Bar of this Court, and to act as local counsel of record for all purposes in the above-referenced case. Ms. Ruscavage-Barz's office address and phone number are WildEarth Guardians, 301 N. Guadalupe Street, Suite 201, Santa Fe, New Mexico, 87501, (505) 401-4180.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of January, 2020,

　/s/ Daniel L. Timmons　
Daniel Timmons (NM Bar No. 152754)
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM  87501
(505) 570-7014
dtimmons@wildearthguardians.org