IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and PHYSICIANS FOR SOCIAL RESPONSIBILITY, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) Case No. 1:20-cv-00056-RC ) ) ) ) ) |

---

**DECLARATION IN SUPPORT OF MOTION FOR APPEARANCE
*PRO HAC VICE* OF ATTORNEY KYLE J. TISDEL**

---

Pursuant to LCvR 83.2(d), I, Kyle J. Tisdel, hereby respectfully request to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned case. I declare the following under penalty of perjury:

(1) My full name is Kyle James Tisdel.

(2) My office address is Western Environmental Law Center, 208 Paseo del Pueblo Sur, #602, Taos, New Mexico 87571, and my office phone number is (575) 613-8050.

(3) I have been admitted to practice in the following courts on the dates listed:

| Court | Date Admitted | Status |
|---|---|---|
| Supreme Court of the State of Washington | 11/14/2005 | Voluntarily Resigned |
| Supreme Court of the State of Colorado | 06/15/2010 | Active |
| Supreme Court of the State of New Mexico | 04/09/2019 | Active |
| U.S. District Court for the District of Colorado | 05/11/2012 | Active |
| U.S. District Court for the District of New Mexico | 04/08/2015 | Active |

| | | |
|---|---|---|
| U.S. Court of Appeals for the Tenth Circuit | 04/13/2015 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 10/01/2018 | Active |

(4) I hereby certify that I have never been disciplined by any bar.

(5) I have been admitted *pro hac vice* once in this Court within the last two years in, *WildEarth Guardians, et al. v. Bernhardt, et al.*, 1:16-cv-01724-RC.

(6) I do not engage in the practice of law from an office located in the District of Columbia and I do not have an application for membership pending with the District of Columbia Bar.

Samantha Ruscavage-Barz, an attorney admitted to practice in and a member in good standing of the Bar of this Court, by and through her motion for my appearance *pro hac vice*, has consented to serve as my sponsoring member of the Bar of this Court, and to act as local counsel of record for all purposes in the above-referenced case. Ms. Ruscavage-Barz's office address and phone number are WildEarth Guardians, 516 Alto Street, Santa Fe, New Mexico, 87501, (505) 401-4180.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of January, 2020,

/s/ Kyle J. Tisdel
Kyle Tisdel (CO Bar # 42098)
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, NM 87571
(575) 613-8050
tisdel@westernlaw.org