IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY, <br><br> Plaintiffs, <br><br> v. <br><br> DAVID BERNHARDT, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:20-cv-00056-RC <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER FOR APPEARANCE OF ATTORNEY KYLE J. TISDEL**
*PRO HAC VICE*

A motion has been made for attorney Kyle J. Tisdel to appear *pro hac vice* before this Court for purposes of the above captioned case with Samantha Ruscavage-Barz, an active member of good standing in the Bar of this Court to act as local counsel. Mr. Tisdel's motion and declaration appear to be in order and in compliance with LCvR 83.2(d).

Accordingly, IT IS HEREBY ORDERED that the motion for Daniel L. Timmons to appear *pro hac vice* is granted.

DATED THIS _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

1

Attorneys and parties entitled to be notified of entry of this proposed order:

*Counsel for Plaintiffs:*

Samantha Ruscavage-Barz
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
sruscavagebarz@wildearthguardians.org

*Federal Defendants:*

DAVID BERNHARDT, Secretary
U.S. Department of the Interior
1849 C Street N.W.
Washington, D.C. 20240

WILLIAM PERRY PENDLEY, Acting Director
U.S. Bureau of Land Management
1849 C Street N.W.
Washington, D.C. 20240

U.S. BUREAU OF LAND MANAGEMENT
1849 C Street N.W.
Washington, D.C. 20240