IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and<br>PHYSICIANS FOR SOCIAL RESPONSIBILITY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:20-cv-00056-RC<br>)<br>)<br>)<br>) |

**MOTION FOR APPEARANCE**
***PRO HAC VICE* OF ATTORNEY SHILOH S. HERNANDEZ**

Pursuant to LCvR 83.2(d), I, Samantha Ruscavage-Barz, counsel for Plaintiffs in the above-captioned case hereby respectfully move for the admission of attorney Shiloh S. Hernandez *pro hac vice* before this Court. Mr. Hernandez's office address and phone number are Western Environmental Law Center, 103 Reeder's Alley, Helena, Montana 59601, (406) 204-4861. Mr. Hernandez's declaration in support of this motion and proposed order are attached hereto.

I hereby agree to serve as Mr. Hernandez's sponsoring member of the Bar of this Court, and to act as local counsel with the authority to act as attorney of record in this matter.

RESPECTFULLY SUBMITTED this 16th day of January, 2020.

/s/ Samantha Ruscavage-Barz
Bar No. CO0053
WildEarth Guardians
301 N. Guadalupe Street, Suite 201
Santa Fe, NM 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

*Counsel for Plaintiffs*