IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and ) <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DAVID BERNHARDT, *et al*., ) <br> ) <br> Defendants. ) | Case No. 1:20-cv-00056-RC |

**DECLARATION IN SUPPORT OF MOTION FOR APPEARANCE
*PRO HAC VICE* OF ATTORNEY
SHILOH S. HERNANDEZ**

Pursuant to LCvR 83.2(d), I, Shiloh S. Hernandez, hereby respectfully request to appear *pro hac vice* on behalf of Plaintiffs in the above-captioned case. I declare the following under penalty of perjury:

(1) My full name is Shiloh Silvan Hernandez.

(2) My office address is Western Environmental Law Center, 103 Reeder's Alley, Helena, Montana 59601, and my office phone number is (406) 204-4861.

(3) I have been admitted to practice in the following courts on the dates listed:

| Court | Date Admitted | Status |
|---|---|---|
| Supreme Court of the State of Montana | 05/11/2009 | Active |
| U.S. District Court for the District of Montana | 11/07/2011 | Active |
| U.S. District Court for the District of Colorado | 05/11/2012 | Active |
| U.S. Court of Appeals for the Ninth Circuit | 11/09/2011 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 04/13/2015 | Active |

(4)     I hereby certify that I am an attorney in good standing and eligible to practice in the above listed courts.  I further certify that I have never been disciplined by any bar.

(5)     Within the last two years I have been admitted to practice *pro hac vice* in three cases, *Montana Environmental Information Center v. Office of Surface Mining*, No. 1:19-cv-2977 (D.D.C.); *Montana Environmental Information Center v. Office of Surface Mining*, No. 1:19-cv-3019-JEB (D.D.C.); *WildEarth Guardians v. Bernhardt*, No. 1:16-cv-1724-RC (D.D.C.).

(6)     I do not engage in the practice of law from an office located in the District of Columbia and I do not have an application for membership pending with the District of Columbia Bar.

Samantha Ruscavage-Barz, an attorney admitted to practice in and a member in good standing of the Bar of this Court, by and through his motion for my appearance *pro hac vice*, has consented to serve as my sponsoring member of the Bar of this Court, and to act as local counsel of record for all purposes in the above-referenced case.  Ms. Ruscavage-Barz's mailing address and phone number are WildEarth Guardians, 301 N. Guadalupe Street, Suite 201, Santa Fe, NM 87501, (505) 401-4180.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of January, 2020.

/s/ Shiloh S. Hernandez
Shiloh S. Hernandez (MT Bar # 9970)
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org