**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILDEARTH GUARDIANS, and </br>PHYSICIANS FOR SOCIAL RESPONSIBILITY,</br></br>   Plaintiffs,</br></br>v.</br></br>DAVID BERNHARDT, *et al.*,</br></br>   Defendants. | )</br>)</br>)</br>)</br>)</br>)  Case No. 1:20-cv-00056-RC</br>)</br>)</br>)</br>)</br>) |

**[PROPOSED] ORDER FOR APPEARANCE OF ATTORNEY SHILOH S. HERNANDEZ**
***PRO HAC VICE***

  A motion has been made for attorney Shiloh S. Hernandez to appear *pro hac vice* before this Court for purposes of the above captioned case with Samantha Ruscavage-Barz, an active member of good standing in the Bar of this Court to act as local counsel. Mr. Hernandez's motion and declaration appear to be in order and in compliance with LCvR 83.2(d).

  Accordingly, IT IS HEREBY ORDERED that the motion for Shiloh S. Hernandez to appear *pro hac vice* is granted.

      DATED THIS _____ day of _____, 2020.

      _____
      UNITED STATES DISTRICT JUDGE