IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, and <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY, <br> <br> Plaintiffs, <br> <br> v. <br> <br> DAVID BERNHARDT, <br> WILLIAM PERRY PENDLEY, and <br> U.S. BUREAU OF LAND MANAGEMENT <br> <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:20-cv-00056-RC <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Notice is hereby given to this Court and all parties of record that I, Kyle J. Tisdel, have been authorized to practice *pro hac vice* in this court for the above captioned case, and appear as counsel of record for the Plaintiffs in this matter.

Dated this 21st Day of January, 2020,

/s/ Kyle J. Tisdel
Kyle Tisdel (CO Bar # 42098)
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, NM 87571
(575) 613-8050
tisdel@westernlaw.org

/s/ Samantha Ruscavage-Barz
Bar No. CO0053
WildEarth Guardians
516 Alto Street
Santa Fe, NM 87501
(505) 401-4180
sruscavagebarz@wildearthguardians.org

Counsel for Plaintiffs