# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS et al.,<br>    *Plaintiffs,*<br><br>    *v.*<br><br>DAVID BERNHARDT in his official capacity as Secretary of the Interior, et al.,<br><br>    *Federal Defendants*,<br><br>    and<br><br>AMERICAN PETROLEUM INSTITUTE, STATE OF WYOMING, and WESTERN ENERGY ALLIANCE,<br><br>    *Defendant-Intervenors* | Case No. 1:20-cv-056-RC<br>The Honorable Rudolph Contreras |

## UNOPPOSED JOINT MOTION FOR AN EXTENSION OF THE DEADLINE TO FILE THE PARTIES' PROPOSED BRIEFING SCHEDULE

Pursuant to Federal Rule of Civil Procedure 6(b), Federal Defendants and Defendant-Intervenors respectfully request that the deadline for filing the parties' proposed briefing scheduled be extended by one week from June 5, 2020 up to and including June 12, 2020. This is Federal Defendants' and Defendant Intervenors' first request for an extension of this deadline. They request this extension to facilitate further discussion among the parties on how best to structure and otherwise manage this litigation, which involves a challenge to twenty-three leasing decisions covering 2,067 lease parcels across four states.

On June 4, 2020, counsel for Plaintiffs confirmed that they do not oppose this motion.

DATE: June 4, 2020                                                       Respectfully submitted,

PRERAK SHAH
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Michelle-Ann C. Williams*
MICHELLE-ANN C. WILLIAMS
Trial Attorney, Natural Resources Section
MICHAEL S. SAWYER
Trial Attorney, Natural Resources Section
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel.: 202-305-0420 (Williams)
Tel.: 202-514-5273 (Sawyer)
E-mail: michelle-ann.williams@usdoj.gov
E-mail: michael.sawyer@usdoj.gov

*Attorneys for Federal Defendants*

*/s/ Matthew VanWormer*
James C. Kaste
Matthew VanWormer
WYOMING ATTORNEY GENERAL'S OFFICE
2320 Capitol Avenue
Cheyenne, WY 82002
Tel.: 307-777-3535 (Kaste)
Tel.: 307-777-6199 (VanWormer)
E-mail: james.kaste@wyo.gov
E-mail: matt.vanwormer@wyo.gov

*Attorneys for Defendant-Intervenor State of Wyoming*

*/s/ Steven J. Rosenbaum*
Steven J. Rosenbaum
Bradley K. Ervin
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, D.C.  20001
Tel.: 202-662-5568 (Rosenbaum)
Tel.: 202-662-5860 (Ervin)
E-mail: srosenbaum@cov.com
E-mail: bervin@cov.com
*Attorneys for Defendant-Intervenor American Petroleum Institute*

/s/ Alec W. Farr
Alec W. Farr
BRYAN CAVE LEIGHTON PAISNER LLP
1155 F Street, NW, Suite 700
Washington, DC 20004
Tel.: 202-508-6053
Fax: 202-508-6200
Email: awfarr@bclplaw.com

*Attorney for Defendant-Intervenor Western Energy Alliance*

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

*/s/ Michelle-Ann C. Williams*
Michelle-Ann C. Williams