IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILDEARTH GUARDIANS, <br> PHYSICIANS FOR SOCIAL RESPONSIBILITY <br><br> Plaintiffs, <br><br> v. <br><br> DEBRA HAALAND, *et al.*, <br><br> Federal Defendants, <br><br> WESTERN ENERGY ALLIANCE, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:20-cv-00056-RC <br> The Honorable Rudolph Contreras |

**JOINT MOTION TO STAY PLAINTIFFS' MOTION FOR FEES AND COSTS AND STATUS REPORT**

Pursuant to the Court's Minute Order of December 19, 2022, Plaintiffs and Federal Defendants jointly submit the following status report, and report that they have reached an agreement in principle to resolve Plaintiffs' Motion for Attorney Fees and Costs, ECF No. 92. That agreement remains subject to necessary formal approval processes within the Executive Branch.

The Parties jointly request that the Court grant a continuance and stay of proceedings on the motion for 45 days, or until February 28, 2023, to enable them to finalize a settlement agreement and obtain necessary approvals.

Respectfully submitted on this 13th day of January, 2023.

| | |
|---|---|
| Daniel Timmons<br>WildEarth Guardians<br>301 N. Guadalupe Street, Suite 201<br>Santa Fe, NM 87501<br>Tel.: 505-570-7014<br>E-mail: dtimmons@wildearthguardians.org<br><br>*/s/ Kyle Tisdel*<br>Kyle Tisdel<br>Western Environmental Law Center<br>208 Paseo Del Pueblo Sur, No. 602<br>Taos, NM 87571<br>Tel.: (575) 613-4197<br>E-mail: tisdel@westernlaw.org<br><br>Samantha Ruscavage-Barz<br>301 N. Guadalupe St. Suite 201<br>Santa Fe, NM 87501<br>Tel.: (505) 401-4180<br>E-mail: sruscavagebarz@wildearthguardians.org<br><br>*Attorneys for Plaintiffs* | TODD KIM<br>Assistant Attorney General<br>Environment & Natural Resources Division<br><br>By */s/ Michael S. Sawyer*<br>MICHAEL S. SAWYER<br>Senior Attorney, Natural Resources Section<br>United States Department of Justice<br>Environment & Natural Resources Division<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Tel.: 202-514-5273 (Sawyer)<br>E-mail: michael.sawyer@usdoj.gov<br><br>*Attorneys for Federal Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this case.

*/s/ Kyle Tisdel*